STEVEN WAYNE BONILLA
J-48500
San Quentin State Prison
San Quentin, California, 94974

In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN W. BONILLA,

    Petitioner,

vs.

ROBERT AYERS, JR., Acting Warden
Of California State Prison at
San Quentin,

    Respondent.

No. CV 08 0471 CW

DEATH PENALTY CASE

REQUEST BY PRISONER FOR
APPOINTMENT OF COUNSEL IN
CALIFORNIA DEATH SENTENCE CASE
AND FOR STAY OF EXECUTION OF
DEATH SENTENCE

    Pursuant to Local Rule 2254-23(b), I, STEVEN WAYNE BONILLA, request that this Court appoint qualified counsel to represent me in federal habeas corpus proceedings that will be initiated on my behalf to seek relief from the judgment of conviction and sentence of death imposed against me by the Alameda County Superior Court.

    Pursuant to Local Rule 2254-24(a), in order to permit the appointment of counsel, and the preparation, filing and adjudication of a federal habeas corpus petition on my behalf, I further request that the Court stay execution of my sentence, and all court and other proceedings related to execution of that sentence, including preparations for the execution and the setting of an execution date, until final disposition in this Court of the petition to be filed on my behalf.

ORIGINAL

1 | This request is based on my attached declaration.

2 | DATED: November 13, 2007

Respectfully submitted,

*Steven Wayne Bonilla*
STEVEN WAYNE BONILLA