STEVEN WAYNE BONILLA
J-48500
San Quentin State Prison
San Quentin, California, 94974

In Propria Persona



FILED
JAN 2 2 2008
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN W. BONILLA,

     Petitioner,

vs.

ROBERT AYERS, JR., Acting Warden
Of California State Prison at
San Quentin,

     Respondent.

No. 08-0471 CW

DEATH PENALTY CASE

DECLARATION IN SUPPORT OF
REQUEST BY PRISONER FOR
APPOINTMENT OF COUNSEL IN
CALIFORNIA DEATH SENTENCE CASE
AND FOR STAY OF EXECUTION OF
DEATH SENTENCE

     I, STEVEN WAYEN BONILLA, in support of my request that this Court appoint counsel to represent me in federal habeas corpus proceedings that will be initiated on my behalf, and stay execution of my death sentence, declare under penalty of perjury:

     1.    I was convicted and sentenced to death on January 20, 1995, in the Alameda County Superior Court, State of California, Criminal Case No. H-12210A. I am incarcerated at San Quentin Prison, San Quentin, California.

     2.    My conviction and death sentence were affirmed on direct appeal by the California Supreme Court on June 18, 2007 (People v. Steven Wayne Bonilla, 41 Cal. 4th 313 (2007). On October 31, 2007, I filed a petition for writ of certiorari in the United States Supreme

1  Court (Supreme Court No. 07-7435).  I am preparing a request for counsel now in anticipation that
2  the United States Supreme Court may deny the petition, thereby causing the limited time to seek
3  federal review to begin running.]
4      3.   On December 2, 2004, I filed a petition for writ of habeas corpus in the California
5  Supreme Court. That petition was assigned California Supreme Court case no. S129612.  That
6  petition is presently pending.  I am preparing a request for counsel now in anticipation that the
7  California Supreme Court may deny the petition, thereby causing the limited time to seek federal
8  review to begin running.
9      4.   I intend to file a petition for writ of habeas corpus in this Court, alleging federal
10 constitutional errors that entitle me to relief from the judgment of conviction and sentence of
11 death.  I need the assistance of counsel in preparing and litigating this petition.
12     5.   The attorney who represented me in state court proceedings, David Nickerson, of
13 454 Las Gallinas Ave., Suite 183, San Rafael, California, 94903, has advised me that he is not
14 available to represent me in these federal habeas corpus proceedings.
15     6.   I am indigent and do not have the assets to retain an attorney to represent me in
16 these proceedings.
17     7.   I have not previously sought habeas corpus relief arising out of this matter from
18 this Court or any other federal court.
19 DATED: November 14, 2007

*/s/ Steven Wayne Bonilla*
STEVEN WAYNE BONILLA

## PROOF OF SERVICE BY MAIL

I declare that I am over the age of eighteen years and not a party to the within-entitled action. My business address is 454 Las Gallinas Ave., Suite 183, San Rafael, California, 94903. On January 18, 2008, I served:

**Request for Appointment of Counsel**

in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid thereon in the United States mail at San Rafael, California, addressed as follows:

Bruce Ortega
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA. 94102


Dorothy Streutker
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA. 94105


I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 18, 2008, at San Rafael, California.

DAVID NICKERSON