# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Steven W. BONILLA,<br><br>               Petitioner,<br><br>        v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>               Respondent. | Case Number 08-0471 CW<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION |

      Petitioner Steven Bonilla, having been sentenced to death by the Superior Court of California for the County of Alameda, has filed a Request by Prisoner for Appointment of Counsel in California Death Sentence Case and for Stay of Execution of Death Sentence.

      Pursuant to Habeas Local Rule 2254-25, the request for appointment of counsel is GRANTED. This action is referred to the Court's Selection Board for the recommendation of qualified counsel to represent petitioner in these proceedings.

      Pursuant to Habeas Local Rule 2254-24(a), petitioner's request for a stay of execution is GRANTED. The stay of execution shall remain pending the final disposition of the proceedings in this Court.

      The Clerk immediately shall notify by telephone Respondent Robert L. Ayers Jr., Warden of San Quentin State Prison, of this Order. The Clerk also shall serve certified copies of this Order upon petitioner; respondent; the clerk of the Superior Court of California for the

County of Alameda; Michael G. Millman, Esq., Executive Director of the California Appellate Project; Moona Nandi, Esq., Deputy Attorney General of the State of California; and the District Attorney of the County of Alameda.

*It is so ordered.*

DATED: 1/25/08

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN W. BONILLA,

    Plaintiff,

v.

ROBERT AYERS JR. et al,

    Defendant.

Case Number: CV08-00471 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven W. Bonilla J-48500
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Robert L. Ayers, Jr., Warden
San Quentin State Prison
San Quentin, CA 94964

Ron Matthias
Deputy Attorney General
State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Clerk
Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612-4293

3

1. Michael G. Millman
Executive Director
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA  94105

2. Moona Nandi
Deputy Attorney General
State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102

3. Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
San Francisco, CA  94105

4. District Attorney
County of Alameda
1225 Fallon Street, #900
Oakland, CA  94612

5. Office of the State Public Defender
221 Main Street, 10th Floor
San Francisco, CA  94105

Dated: January 25, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk