IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BONILLA,<br><br>    Petitioner,<br><br>  v.<br><br>VINCENT CULLEN, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent.<br>_____/ | No. C-08-0471 CW<br><br>**ORDER DENYING MOTION FOR VAUGHN INDEXING** |

     Petitioner is an inmate under sentence of death at San Quentin State Prison. He was convicted of first degree murder in Alameda County Superior Court on January 20, 1995. Although his state habeas case is currently being litigated, he has filed the above-captioned case as a "protective petition" in this court pursuant to *Pace v. DiGuglielmo*, 544 U.S. 408 (2005).

     Petitioner also filed a *pro se* action (C-02-636 MHP) in federal court on February 6, 2002. After his complaint was dismissed with leave to amend, he filed an amended complaint in 2002 and a second amended complaint in 2005. Pursuant to the Freedom of Information Act, Bonilla sought to compel the government to disclose a number of documents. Pursuant to court orders in 2007, defendant United States produced a number of documents. At that time, Bonilla was represented by counsel David Nickerson. In November 2007, the parties stipulated that the case should be dismissed, agreeing that the United States had fully complied with the court's orders. In an order

dated November 26, 2007, Judge Patel dismissed Bonilla's action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The court stated in its order that "[a]bsent showing of good cause, no further requests for relief will be entertained in this matter."

In case C-02-636 MHP, Bonilla subsequently filed a *pro se* motion for a *Vaughn* indexing of the documents produced by the government. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). According to Bonilla, attorney Nickerson refused to represent him in this request. Judge Patel denied Bonilla's motion for a *Vaughn* indexing, pursuant to an order filed January 13, 2010.

Petitioner has now filed a request for a *Vaughn* indexing in this case. The request concerns the documents at issue in C-02-636 MHP. Petitioner's request, having already been considered and denied by the district judge assigned to the case involving the documents, is hereby DENIED.

IT IS SO ORDERED.

DATED: 4/30/2010

Claudia Wilken
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN W. BONILLA,

        Plaintiff,

  v.

VINCENT CULLEN, et al.,

        Defendants.

Case Number: C-08-0471 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

Steven W. Bonilla J-48500
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Dated: April 30, 2010

                                      Richard W. Wieking, Clerk
                                      By: Nikki Riley, Deputy Clerk