UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Steven W. BONILLA, | Case Number 08-0471 CW |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER |
| Vincent CULLEN, Acting Warden of San Quentin State Prison, | |
| Respondent. | |

Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. Although his state habeas case is currently being litigated, he has filed a "protective petition" in this Court pursuant to Pace v. DiGuglielmo, 544 U.S. 408 (2005).

Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings. Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also

granted.

On July 15, 2010 Petitioner filed a pleading containing numerous requests and motions. For the following reasons, all of Petitioner's requests and motions are DENIED.

To begin with, Petitioner notifies the Court of what he claims is an alleged fraud concerning a plea agreement with Bradley Keyes. Keyes, who was involved in the murder for which Petitioner was convicted and sentenced to death, cooperated with prosecutors and testified at Petitioner's trial. This issue, as well as other issues Petitioner refers to regarding his capital trial, are not ripe for this Court to consider, given, among other things, that his state habeas matter is still pending in the state court. Thus, the Court DENIES Petitioner's requests regarding these issues, including his request that the Court schedule an immediate hearing and his request that he be appointed advisory counsel to assist him regarding these matters.

In addition, Petitioner renews his request for a Vaughn-indexing of the documents produced in another case, C-02-636 MHP. For the reasons set forth in this Court's order of April 30, 2010, Petitioner's request is DENIED.

Finally, Petitioner moves to withdraw his request for appointed counsel for his federal habeas petition and moves to represent himself with advisory counsel of his choice. Petitioner does not, however, have a right to self-representation during habeas proceedings. See Martinez v. Court of Appeals of California, 528 U.S. 152 (2000) (holding that the right to represent oneself at trial pursuant to Faretta v. California, 422 U.S. 806 (1975), does not extend to appellate proceedings).

2

1  Petitioner has offered no compelling reasons as to why he would
2  be better served representing himself in this complex capital
3  habeas matter and, thus, this Court DENIES Petitioner's motion.
4      For the foregoing reasons, all of Petitioner's requests and
5  motions contained in his pleading of July 15, 2010 are DENIED
6      IT IS SO ORDERED.

DATED:  7/22/2010                    _____
                                     CLAUDIA WILKEN
                                     United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. BONILLA, | Case Number: CV08-00471 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT AYERS JR. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

Steven W. Bonilla J-48500
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Dated: July 22, 2010
Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk