UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Steven W. BONILLA,<br><br>  Petitioner,<br><br>  v.<br><br>Vincent CULLEN, Acting Warden of San Quentin State Prison,<br><br>  Respondent. | Case Number 08-0471 CW<br><br>DEATH PENALTY CASE<br><br>ORDER |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. Although his state habeas case is currently being litigated, he has filed a "protective petition" in this Court pursuant to Pace v. DiGuglielmo, 544 U.S. 408 (2005).

    Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings. Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also

granted.

On July 15, 2010, Petitioner filed a pro se pleading containing numerous requests and motions. Per an order filed July 22, 2010, all of Petitioner's requests and motions were DENIED.

On July 23, 2010, Petitioner filed another pro se pleading, this one "[r]equesting clarification by the federal court on the affect that 18 U.S.C. § 2703(c) and (d) had on a person's 4th Amendment Right to privacy in their telephone toll records." Petitioner also notified the Court of what he claims is a violation of his constitutional rights with regards to the gathering of certain evidence used in his criminal trial.

As were various issues in Petitioner's pleading of July 15, 2010, these issues are not ripe for this Court to consider. Among other things, Petitioner's state habeas matter is still pending in the state court. Thus, the Court DENIES Petitioner's requests in full, including his request for discovery and his request for a hearing.

For the foregoing reasons, all of Petitioner's requests and motions contained in his pleading of July 22, 2010 are DENIED.

IT IS SO ORDERED.


DATED: 7/26/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN W. BONILLA,

        Plaintiff,

v.

ROBERT AYERS JR. et al,

        Defendant.

Case Number: CV08-00471 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

Steven W. Bonilla J-48500
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Dated: July 26, 2010

                Richard W. Wieking, Clerk
                By: Nikki Riley, Deputy Clerk