UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Steven W. BONILLA,<br><br>    Petitioner,<br><br>              v.<br><br>Vincent CULLEN, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 08-0471 CW<br><br>DEATH PENALTY CASE<br><br>Case Number CR 88-259 MISC AJZ<br><br>ORDER |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. Although his state habeas case is currently being litigated, he has filed a "protective petition" in this Court pursuant to Pace v. DiGuglielmo, 544 U.S. 408 (2005).

    Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings. Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also

1 | granted.

2 | On July 15, 2010, Petitioner filed a pro se pleading
3 | containing numerous requests and motions. Pursuant to an order
4 | filed July 22, 2010, all of Petitioner's requests and motions
5 | were DENIED. Petitioner filed another pro se pleading on July
6 | 23, 2010. Pursuant to an order filed July 26, 2010, all of
7 | Petitioner's requests and motions were DENIED.

8 | Petitioner has since filed three more pro se pleadings in
9 | this matter, one a "Letter of Request" (filed November 18, 2010);
10 | one entitled "Damage Control Caused by the Conspiracy to Obstruct
11 | Justice" (filed November 22, 2010); and one "Requesting Ruling on
12 | Court Order Obtained Under False Pretense" (filed November 23,
13 | 2010).

14 | As were various issues in Petitioner's previous pleadings,
15 | the issues raised by Petitioner in his pleadings of November 18
16 | and 22, 2010 are not ripe for this Court to consider. Among
17 | other things, Petitioner's state habeas matter is still pending
18 | in the state court. Thus, the Court DENIES Petitioner's requests
19 | in his pleadings of November 18 and 22, 2010 in full, including
20 | his request that this Court vacate his convictions.

21 | Petitioner's most recent pleading, filed November 23, 2010,
22 | concerns CR 88-259 MISC AJZ, a closed case. In this request,
23 | Petitioner asks that this Court vacate an order filed August 15,
24 | 1988 in CR 88-259. According to Petitioner, the order in
25 | question mandated the disclosure of certain grand jury
26 | information. The judge assigned to that case being no longer
27 | available, the General Duty Judge referred the request to the
28 | undersigned.

1   As with the issues raised in Petitioner's other recent
2 pleadings, the issues in this request are not ripe for this Court
3 to consider.  In addition, Petitioner has not demonstrated good
4 cause for his request to vacate an order issued more than twenty
5 years ago.
6   For the foregoing reasons, all of Petitioner's requests and
7 motions contained in his pleadings of November 18, 22 and 23,
8 2010 are DENIED.
9   IT IS SO ORDERED.

12 DATED:    11/29/2010           _____
                                  CLAUDIA WILKEN
13                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN W. BONILLA,

        Plaintiff,

  v.

ROBERT AYERS JR. et al,

        Defendant.

Case Number: CV08-00471 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

Steven W. Bonilla J-48500
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Dated: November 29, 2010

                Richard W. Wieking, Clerk
                By: Nikki Riley, Deputy Clerk