UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Steven W. BONILLA,<br><br>    Petitioner,<br><br>            v.<br><br>Vincent CULLEN, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 08-0471 CW<br><br>DEATH PENALTY CASE<br><br>Case Number CR 88-259 MISC AJZ<br><br>ORDER |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda.  Although his state habeas case is currently being litigated, he has filed a "protective petition" in this Court pursuant to Pace v. DiGuglielmo, 544 U.S. 408 (2005).

    Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in

these proceedings.  Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also granted.

On July 15, 2010, Petitioner filed a pro se pleading containing numerous requests and motions.  Pursuant to an order filed July 22, 2010, all of Petitioner's requests and motions were DENIED.  Petitioner filed another pro se pleading on July 23, 2010.  Pursuant to an order filed July 26, 2010, all of Petitioner's requests and motions were DENIED.

Petitioner subsequently filed three more pro se pleadings in this matter, one a "Letter of Request" (filed November 18, 2010); one entitled "Damage Control Caused by the Conspiracy to Obstruct Justice" (filed November 22, 2010); and one "Requesting Ruling on Court Order Obtained Under False Pretense" (filed November 23, 2010).  Pursuant to an order filed November 29, 2010, all of Petitioner's requests and motions were DENIED.

Thus far in December 2010, Petitioner has filed three more pro se pleadings in this matter.  On December 1, 2010, Petitioner filed a "Motion to Vacate Judgement"; on December 2, 2010, Petitioner filed a letter brief "Regarding the FBI's Conspiracy to Obstruct Justice"; and on December 3, 2010, Petitioner filed a pleading asserting a "Violation of Rules of Criminal Procedure."

As with the issues raised in Petitioner's other recent pleadings, the issues in these pleadings are not ripe for this Court to consider.  Among other things, as this Court has noted numerous times, Petitioner's state habeas case is still pending in the state court.  The Court reiterates to Petitioner that challenges to his state trial conviction must be reviewed by the

2

1  state courts before being considered in federal court.  For the
2  foregoing reasons, all of the requests and motions in
3  Petitioner's pending pleadings are DENIED.

5      IT IS SO ORDERED.

8  DATED:    **12/9/2010**                    _____
9                                              CLAUDIA WILKEN
                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN W. BONILLA,                            Case Number: CV08-00471 CW

     Plaintiff,                            **CERTIFICATE OF SERVICE**

  v.

ROBERT AYERS JR. et al,

     Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

Steven W. Bonilla J-48500
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Dated: December 9, 2010

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk