UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Steven W. BONILLA,<br><br>    Petitioner,<br><br>                 v.<br><br>Vincent CULLEN, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 08-0471 CW<br><br>DEATH PENALTY CASE<br><br>ORDER DENYING REQUEST FOR DISCOVERY |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. Although his state habeas case is currently being litigated, he has filed a "protective petition" in this Court pursuant to Pace v. DiGuglielmo, 544 U.S. 408 (2005).

    Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings. Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also granted.

1  Although his state habeas case is still pending, Petitioner
2  has filed numerous pro se requests and motions. All of them have
3  been denied by this Court or withdrawn by Petitioner.
4  Petitioner has now filed a Request for Discovery. As with
5  the issues raised in Petitioner's other recent pleadings, the
6  issues in the Request for Discovery are not ripe for this Court
7  to consider. Among other things, as this Court has noted
8  numerous times, Petitioner's state habeas case is still pending
9  in the state court. For the foregoing reasons, Petitioner's
10 Request for Discovery is DENIED.
11 IT IS SO ORDERED.

DATED:   __2/14/2011__          _____
                                     CLAUDIA WILKEN
                                United States District Judge