UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Steven W. BONILLA,<br><br>    Petitioner,<br><br>    v.<br><br>Vincent CULLEN, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number C 08-0471 CW<br><br><u>DEATH PENALTY CASE</u><br><br>Case Number CR 88-259 MISC AJZ (closed)<br><br>Case Number C 11-0441 SBA<br><br>ORDER |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. Although his state habeas case is currently being litigated, he has filed a "protective petition" in this Court pursuant to <u>Pace v. DiGuglielmo</u>, 544 U.S. 408 (2005).

    Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings. Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also granted.

    Although his state habeas case is still pending, Petitioner

1  has filed numerous pro se requests and motions in C 08-0471.  All
2  of them have denied by this Court or withdrawn by Petitioner.
3      Petitioner has also filed numerous pleadings, including a
4  counterclaim, in CR 88-259 MISC AJZ, a closed case.  The judge
5  assigned to that case being no longer available, the General Duty
6  Judge referred Petitioner's requests to the undersigned.
7      Petitioner's counterclaim is DISMISSED, and all other
8  pending requests and motions in CR 88-259 MISC AJZ are DENIED.
9  The case is closed and has been for over two decades; as a
10 result, no other filings regarding CR 88-259 MISC AJZ will be
11 accepted by this Court.
12     Petitioner has also filed a Notice of Appeal, purportedly
13 concerning both C 08-0471 and CR 88-259 MISC AJZ, with the Ninth
14 Circuit.  This Court notes that no appealable orders have been
15 filed in C 08-0471.
16     Finally, Petitioner has filed yet another pleading alleging
17 numerous violations and making numerous claims.  This pleading,
18 while captioned by Petitioner as concerning CR 88-259 MISC AJZ,
19 was filed as a new civil complaint and docketed as C 11-0441 SBA.
20 This Court finds that C 11-0441 is related to C 08-0471 pursuant
21 to Civil L.R. 3-12 and is hereby reassigned to the undersigned.
22 Because it is without merit and because it attempts, without good
23 cause, to re-open a case closed for over two decades,
24 Petitioner's new complaint is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.
    DATED:  __2/16/2011_____          _____
                                        CLAUDIA WILKEN
                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. BONILLA, | Case Number: CV08-00471 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT AYERS JR. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

Steven W. Bonilla J-48500
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Dated: February 16, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk