UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Steven W. BONILLA,<br><br>　　　Petitioner,<br><br>　　　　　　v.<br><br>Michael MARTEL, Acting Warden of San Quentin State Prison,<br><br>　　　Respondent. | Case Number C 08-0471 CW<br><br><u>DEATH PENALTY CASE</u><br><br><br><br>ORDER |

　　　Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda.  Although his state habeas case is currently being litigated, he has filed a request for appointment of counsel for his future federal habeas litigation in this Court.  Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to

1  represent Petitioner in these proceedings.  Pursuant to Habeas
2  Local Rule 2254-24(a), Petitioner's concurrent request for a stay
3  of execution was also granted.
4      Although his state habeas case is still pending, Petitioner
5  has filed numerous pro se requests and motions in C 08-0471.  All
6  of them have denied by this Court or withdrawn by Petitioner.
7  Most recently, on February 16, 2011, this Court issued an Order
8  denying all of Petitioner's pending motions and requests in this
9  case, stating that no other filings regarding CR 88-259 MISC AJZ
10 would be accepted by this Court, and relating and dismissing with
11 prejudice C 11-0441, a separate complaint regarding CR 88-259
12 filed pro se by Petitioner.
13     Since that date, Petitioner has continued to file motions
14 and requests in C 08-0471.  He has also filed a Notice of Appeal
15 to the Ninth Circuit, which he withdrew on March 7, 2011.
16     As this Court has stated multiple times, Petitioner's state
17 habeas case is still pending in the state court.  The Court
18 reiterates to Petitioner that challenges to his state trial
19 conviction must be reviewed by the state courts before being
20 considered by the federal court.  Until that time, Petitioner's
21 various claims in his pro se pleadings are not ripe for this
22 Court to consider.
23     Therefore, all of Petitioner's pending requests and motions
24 are DENIED.  In addition, Petitioner's request to proceed *in
25 forma pauperis* is DENIED.  Petitioner is entitled to an attorney
26 for his future federal habeas proceedings, and this Court has
27 already granted his request for appointment of counsel and
28 referred this action to the Northern District's Selection Board
   for the recommendation of qualified counsel to represent

1 | Petitioner.
2 |     The Clerk of Court shall terminate all pending motions as
3 | DENIED.
4 |
5 |     IT IS SO ORDERED.
6 | DATED: 3/29/2011
7 |                             CLAUDIA WILKEN
                            United States District Judge