UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Steven W. BONILLA,<br><br>    Petitioner,<br><br>                v.<br><br>Michael MARTEL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number C 08-0471 CW<br><br><u>DEATH PENALTY CASE</u><br><br><br><br>ORDER |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda.  Although his state habeas case is currently being litigated, he has filed a request for appointment of counsel for his future federal habeas litigation in this Court.  Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.  Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also granted.

    Although his state habeas case is still pending, Petitioner

has filed numerous pro se requests and motions in C 08-0471. All of them have denied by this Court or withdrawn by Petitioner. Petitioner's has also filed requests to proceed *in forma pauperis,* which have been denied. Petitioner is entitled to an attorney for his future federal habeas proceedings, and this Court has already granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner.

Petitioner has continued to file pro se requests and motions, including another request to proceed *in forma pauperis* and a petition for redress of grievances. As this Court has stated multiple times, Petitioner's state habeas case is still pending in the state court. The Court reiterates to Petitioner that challenges to his state trial conviction must be reviewed by the state courts before being considered by the federal court. Until that time, Petitioner's various claims in his pro se pleadings, including those in his petition for redress of grievances, are not ripe for this Court to consider.

In addition, for the reasons stated above, Petitioner's request to proceed *in forma pauperis* is DENIED. The Clerk of Court shall terminate all pending motions as DENIED.

IT IS SO ORDERED.

DATED: 7/18/2011

CLAUDIA WILKEN
United States District Judge