UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>    Petitioner,<br><br>        v.<br><br>MICHAEL MARTEL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number C 08-0471 CW<br><br><u>DEATH PENALTY CASE</u><br><br><br><br>ORDER DENYING REQUESTS |

　　　Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda.  Although his state habeas case is currently being litigated, he has filed a request for appointment of counsel for his future federal habeas litigation in this Court.  Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.  Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also granted.

　　　Although his state habeas case is still pending, Petitioner

has filed numerous pro se requests and motions in C 08-0471.  All of them have denied by this Court or withdrawn by Petitioner.  Petitioner has also filed requests to proceed <u>in forma pauperis</u>, which have been denied.

Most recently, Petitioner has filed pleadings on October 20, 21, 24, 25, 26, 27, 31 and November 3, 8 and 9, 2011 primarily relating to certain evidence he maintains is critical to his habeas petition, and requesting a hearing regarding that evidence.  Challenges to Petitioner's state trial conviction must be reviewed by the state courts before being considered by the federal court.  Until that time, Petitioner's various claims in his pro se pleadings, including those in his most recent filings, are not ripe for this Court to consider.

For the foregoing reasons, all of Petitioner's pending motions and requests (Docket Nos. 65-77, inclusive) are DENIED.  The Clerk of Court shall terminate all pending motions.

IT IS SO ORDERED.

DATED:  11/22/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. BONILLA, | Case Number: CV08-00471 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT AYERS JR. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven W. Bonilla J-48500
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Dated: November 22, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk