UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>        Petitioner,<br><br>          v.<br><br>MICHAEL MARTEL, Acting Warden of San Quentin State Prison,<br><br>        Respondent. | Case Number C 08-0471 CW<br><br>DEATH PENALTY CASE<br><br><br><br>ORDER DENYING REQUESTS |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. Although his state habeas case is currently being litigated, he has filed a request for appointment of counsel for his future federal habeas litigation in this Court. Pursuant to Habeas Local Rule 2254-25, this Court earlier granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings. Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also granted.

    Although his state habeas case is still pending, Petitioner

has filed numerous pro se requests and motions in C 08-0471. All of them have denied by this Court or withdrawn by Petitioner. Petitioner has also filed requests to proceed in forma pauperis, which have been denied.

Most recently, Petitioner has filed pleadings in December 2011, and January and February 2012. These pleadings, which include requests for judicial notice, relate to matters Petitioner deems critical to his habeas petition. As this Court has stated numerous times, challenges to Petitioner's state trial conviction must be reviewed by the state courts before being considered by the federal court. Until that time, Petitioner's various claims in his pro se pleadings, including those in his most recent filings, are not ripe for this Court to consider.

For the foregoing reasons, all of Petitioner's pending motions and requests are DENIED. The Clerk of Court shall terminate all pending motions.

IT IS SO ORDERED.

DATED: 2/24/2012

CLAUDIA WILKEN
United States District Judge