UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>        Petitioner,<br><br>        v.<br><br>MICHAEL MARTEL, Acting Warden of San Quentin State Prison,<br><br>        Respondent. | Case Number C 08-471 CW<br><br><u>DEATH PENALTY CASE</u><br><br><br>ORDER |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. On January 22, 2008, while his state habeas case was still being litigated, Bonilla filed a request for appointment of counsel for his future federal habeas litigation in this Court, under case number C-08-471 CW. Pursuant to Habeas Local Rule 2254-25, this Court granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings. Pursuant to Habeas Local Rule 2254-24(a), Petitioner's concurrent request for a stay of execution was also granted.

1        Petitioner's state habeas petition was denied by the
2   California Supreme Court on February 22, 2012.  Since that time,
3   although his federal habeas counsel has not yet been appointed,
4   Petitioner has filed numerous pro se requests and motions.
5        Pursuant to section 848(q)(4)(B) of Title 21 of the United
6   States Code, as an indigent petitioner under sentence of death,
7   Petitioner is entitled to the appointment of counsel.  After
8   qualified counsel is recommended by the Selection Board and
9   approved by this Court, a case management conference will be held
10  and a litigation schedule set.  Petitioner's currently pending
11  motions and requests are therefore DENIED WITHOUT PREJUDICE.  The
12  Clerk of Court shall terminate all pending motions.

14       IT IS SO ORDERED.

17  DATED:   3/29/2012                  _____
18                                      CLAUDIA WILKEN
                                        United States District Judge