1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

IN RE STEVEN BONILLA,              Nos. C 12-0360 CW (PR)
4                                        C 12-0388 CW (PR)
                Plaintiff.               C 12-0976 CW (PR)
5    _____/

6                                        ORDER OF DISMISSAL

7

8        In 2011, Plaintiff filed thirty-six <u>pro se</u> civil rights

9    actions in this Court, and two other civil rights actions he had

10   filed in state court were removed to this Court.  In 2012, he has,

11   so far, filed seven new civil rights actions.  To date, the Court,

12   on its initial review of Plaintiff's complaints pursuant to 28

13   U.S.C. § 1915A, has dismissed all thirty-eight of the 2011 actions

14   and three of the 2012 actions for the reason that the allegations

15   in the complaints do not state a claim for relief under § 1983,

16   either because Plaintiff seeks relief that can be pursued only in a

17   habeas corpus action or because his allegations fail to state a

18   claim upon which relief may be granted.  In addition, the Court has

19   dismissed a number of Plaintiff's actions because they are

20   duplicative of actions previously reviewed and dismissed by the

21   Court.

22       The present three actions are subject to dismissal for the

23   same reasons discussed above, i.e., they seek relief not available

24   under § 1983 and are duplicative of actions previously reviewed and

25   dismissed by the Court.  Accordingly, these actions are DISMISSED

26   without leave to amend and with prejudice.

27       Plaintiff seeks leave to proceed <u>in forma pauperis</u> in these

28   actions.  The Court previously informed Plaintiff that, in

**United States District Court**
For the Northern District of California

accordance with 28 U.S.C. § 1915(g), he no longer qualifies to proceed in forma pauperis in any civil rights action he files in this Court.  See In re Steven Bonilla, Nos. C 11-3180, et seq. CW (PR), Order of Dismissal at 6:23-7:19.  Further, the Court will not provide Plaintiff with the option of paying, in full, the $350.00 filing fee for each action because each action is without legal merit.

The Clerk of the Court shall enter judgment in each of these civil rights actions, terminate all pending motions therein, and close the files.  The Clerk of the Court also shall file a copy of this Order in C 08-0471.

IT IS SO ORDERED.

Dated:  4/11/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN W. BONILLA,

                   Plaintiff,

  v.

JON GOODFELLOW et al,

                   Defendant.

_____/

Case Number: CV12-00360 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wayne Bonilla J-48500
San Quentin State Prison
San Quentin, CA 94964

Dated: April 11, 2012

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk