RENE L. VALLADARES
Federal Public Defender
Nevada Bar No. 11479
DAVID ANTHONY
Assistant Federal Public Defender
Nevada Bar No. 7978
david_anthony@fd.org
ALBERT SIEBER
Assistant Federal Public Defender
California Bar No. 233482
albert_sieber@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-5819

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven W. Bonilla,<br><br>        Petitioner-Appellant,<br><br>vs.<br><br>Robert Ayers, Jr., Acting Warden,<br><br>        Respondents-Appellees. | No. 4-08-cv-00471-CW<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** |

For good cause appearing, IT IS HEREBY ORDERED that the Motion for Appointment of Counsel filed by the Office of the Federal Public Defender for the District of Nevada is GRANTED. The Office of the Federal Public Defender for the District of Nevada is appointed to represent Mr. Bonilla in these proceedings.

IT IS SO ORDERED.

DATED: 7/25/2012

Hon. Claudia Wilken
United States District Court Judge