IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STEVEN WAYNE BONILLA,** | C 08-0471 CW |
| Petitioner, | **ORDER** |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's response to petitioner's petition for writ of habeas corpus be enlarged 45 days, to and including April 21, 2014.

Dated:  3/10/2014

The Honorable Claudia Wilken
United States District Judge

SF2008400456
40909236.doc