UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>    Petitioner,<br><br>        v.<br><br>KEVIN CHAPPELL, Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number C 08-471 CW<br><br><u>DEATH PENALTY CASE</u><br><br><br>ORDER |

   The Court is in receipt of the parties' joint statement and request for a case management conference.  Within twenty-eight days of the date of this Order, the parties are ORDERED to submit a joint statement addressing the issues of exhaustion and discovery (including a proposed briefing schedule for resolution of those issues), as well as any other issues relevant at this juncture of the litigation.  In addition, Respondent is directed to file his response to the petition, which was due on April 21, 2014.

        The Court refers Petitioner to <u>Calderon v. United States</u>

1 | District Ct. for E. Dist. of Cal.(Roberts), 113 F. 3d 149 (9th
2 | Cir. 1997), which limits discovery where a federal petition
3 | contains unexhausted claims not yet dismissed or pursued in state
4 | court.
5 |     If necessary, the Court will schedule a CMC after review of
6 | the parties' joint statement; no CMC is warranted at this time.

    IT IS SO ORDERED.

DATED:    4/23/2014

CLAUDIA WILKEN
United States District Judge