IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STEVEN WAYNE BONILLA,**<br><br>Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL, Warden of California State Prison at San Quentin,**<br><br>Respondent. | Case No. C 08-0471 CW<br><br>**DEATH PENALTY CASE**<br><br>[PROPOSED] **JOINT CASE MANAGEMENT ORDER** |

Having read and considered the parties' Joint Case Management Statement, the Court hereby **ORDERS** as follows:

**1. Briefing Schedule on Motions**

As set forth in the Joint Case Management Statement, petitioner's separate motions for evidence preservation and discovery will be filed within forty-five (45) days from the date of filing the Case Management Order. Respondent's responses will be due within thirty (30) days after the filing of petitioner's motions, and petitioner's replies, if any, will be due within fourteen

1

(14) days after the filing of the response.  Unless taken under submission, the Court will hear oral argument on petitioner's discovery and preservation motions at a time to be scheduled.

IT IS SO ORDERED.

DATED: _____May 23_, 2014.

_____
CLAUDIA WILKEN
United States District Judge

5/19/14
SF2008400456
40971666.doc

[Proposed] Joint Case Management Order: *Bonilla v. Chappell* - C 08-0471 CW