IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN WAYNE BONILLA, | C 08-0471 CW |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| KEVIN CHAPPELL, Warden, | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's response to petitioner's petition for writ of habeas corpus be enlarged until a date later specified by this Court.

Dated: _____5/23/2014_____          _____
                                        The Honorable Claudia Wilken
                                        United States District Judge