UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| STEVEN W. BONILLA, | Case Number C 08-471 CW |
|---|---|
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| KEVIN CHAPPELL, Warden of San Quentin State Prison, | ORDER |
| Respondent. | |

The Court is in receipt of Petitioner's request for an extension of time to file his motions for discovery and preservation of evidence. For good cause shown, Petitioner's request is GRANTED. Petitioner's motions will be due no later than September 5, 2014. Respondent's oppositions will be due within thirty days of the filing of Petitioner's motions, and any replies will be due within fourteen days of Respondent's oppositions.

Pursuant to Civil Local Rule 6-3, any further motions to change time must be accompanied by a proposed order.

IT IS SO ORDERED.

DATED:   7/7/2014                                  _____
                                                    CLAUDIA WILKEN
                                                    United States District Judge