IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>Respondent. | CAPITAL CASE<br><br>Case No. C 08-0471 CW<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO LODGE THE STATE COURT RECORD** |

Upon motion of respondent and for good cause shown, the deadline for respondent to lodge the state court record is extended until Wednesday, July 30, 2014.

IT IS SO ORDERED.

DATED: _____July 21__, 2014.

_____
CLAUDIA WILKEN
United States District Judge

Order Granting Respondent's Motion For Extension Of Time To Lodge The State Court Record
*Salcido v. Martel* - C 09-0586 MMC