IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Petitioner<br><br>vs.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin<br><br>Respondent | CAPITAL CASE<br><br>Case No. C 08-0471 CW<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS FOR DISCOVERY AND EVIDENCE PRESERVATION** |

Upon motion of Petitioner, Steven Wayne Bonilla, and for good cause shown, the deadline for petitioner to file motions for discovery and evidence preservation is extended until October 6, 2014.

IT IS SO ORDERED.

DATED: ___September 9___, 2014

_____
CLAUDIA WILKEN
United States District Judge

Order Granting Petitioner's Request for Extension of Time to File Motions for Discovery and Evidence Preservation    No. C 08-0741 CW

1