1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10       OAKLAND DIVISION
11

12   **STEVEN WAYNE BONILLA,**                    **CAPITAL CASE**

13                                Petitioner,     C 08-0471 CW

14              **v.**                            **ORDER GRANTING RESPONDENT'S**
                                                  **REQUEST FOR EXTENSION OF TIME**
15                                                **TO FILE OPPOSITION TO DISCOVERY**
                                                  **MOTIONS**
16   **KEVIN CHAPPELL, Warden of California**
     **State Prison at San Quentin,**
17
                                 Respondent.
18

19

20       Upon request of respondent and for good cause shown, the deadline for respondent to file

21   opposition to petitioner's discovery motions is extended until Monday, November 24, 2014.

22       IT IS SO ORDERED.

23       DATED:  November 14, 2014

24

25

26   _____
     CLAUDIA WILKEN
27   United States District Judge

28   SF2008400456