IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>Petitioner<br><br>vs.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin<br><br>Respondent | CAPITAL CASE<br><br>Case No. C 08-0471 CW<br><br>**[PROPOSED]** **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S OPPOSITION TO MOTION FOR DISCOVERY AND OPPOSITION TO PETITIONER'S MOTION FOR ORDER DIRECTING RELEASE OF GRAND JURY MATERIALS** |

GOOD CAUSE appearing, the deadline for petitioner to file replies to respondent's opposition to motion for discovery and opposition to petitioner's motion for order directing release of grand jury materials is extended until Wednesday, January 7, 2014.

IT IS SO ORDERED.

DATED: _____December 9___, 2014

_____
CLAUDIA WILKEN
United States District Judge

1