UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>      Petitioner,<br><br>           v.<br><br>RON DAVIS, Acting Warden of San Quentin State Prison,<br><br>      Respondent. | Case Number C 08-471 CW<br><br>DEATH PENALTY CASE<br><br>ORDER DENYING PETITIONER'S MOTION TO VACATE JUDGMENT |

    Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda.  On January 22, 2008, while his state habeas case was still being litigated, Bonilla filed a request for appointment of counsel for his future federal habeas litigation in this Court, under case number C-08-471 CW.  Pursuant to Habeas Local Rule 2254-25, this Court granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.

    On May 2, 2012, this Court issued an order staying all proceedings in this matter until appointment of counsel to represent Petitioner, and on May 23, 2012, this Court denied

Petitioner's request to represent himself in these proceedings. On July 25, 2012, this Court issued an order appointing the Office of the Federal Public Defender for the District of Nevada to represent Petitioner and lifting the stay in this matter.

Despite the appointment of counsel, Petitioner has continued to file numerous pro se pleadings, including the pending motion to vacate the judgment. *See* Docket No. 164. As this Court has previously held, any motions on Petitioner's behalf should be brought by his counsel. Accordingly, his pending pro se motion is DENIED. The Clerk of Court shall terminate the motion.

IT IS SO ORDERED.

DATED: 12/29/2014

_____
CLAUDIA WILKEN
United States District Judge