IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>RON DAVIS, Acting Warden, San Quentin State Prison<br><br>　　　　Respondent. | Case No. C 08-471 YGR<br><br><u>Death Penalty Case</u><br><br>**ORDER DENYING PETITIONER'S PRO SE MOTIONS BASED ON CLEAN HANDS DOCTRINE, THE CHALLENGE FOR CAUSE, AND MOTIONS FOR STATUTORY HEARING** |

Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. On January 22, 2008, while his state habeas case was still being litigated, Bonilla filed a request for appointment of counsel for his future federal habeas litigation in this Court. Pursuant to Habeas Local Rule 2254-25, this Court granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.

On May 2, 2012, this Court issued an order staying all proceedings in this matter until counsel was appointed to represent Petitioner. On May 23, 2012, this Court denied Petitioner's request to represent himself in these proceedings. The Federal Public Defender for the District of Nevada was appointed to represent Petitioner on July 25, 2012. The stay of proceedings was lifted at that time.

Despite the appointment of counsel, Petitioner has continued to file numerous pro se pleadings, including Clean Hands Doctrine I - IIIL, ECF Dkt. Nos., 188, 189, 191, 192-195, 197-198, and 201-233, 235-36, and 239, a challenge to the Court for cause, ECF Dkt. No. 234, and two motions requesting an overdue statutory hearing, ECF Dkt. Nos. 237 and 238. As this Court has

previously held, any motions on Petitioner's behalf should be brought by counsel. Accordingly, the pro se motions are DENIED. The Clerk of the Court shall terminate the motions.

IT IS SO ORDERED.

DATED:   February 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**