United States District Court

For the Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    STEVEN W. BONILLA,                          No. 08-CV-471 YGR

9            Petitioner,                         DEATH PENALTY CASE

10   v.                                          **ORDER DENYING PETITIONER'S
                                                 PRO SE MOTIONS BASED ON**
11   RON DAVIS, Warden, San Quentin              **CLEAN HANDS DOCTRINE**
     State Prison
12

13           Respondent.
                                              /

14

15          Petitioner Steven Bonilla has been sentenced to death by the Superior Court of

16   California for the County of Alameda.  On January 22, 2008, while his state habeas case was

17   still being litigated, Bonilla filed a request for appointment of counsel for his future federal

18   habeas litigation in this Court.  Pursuant to Habeas Local Rule 2254-25, this Court granted his

19   request for appointment of counsel and referred this action to the Northern District's Selection

20   Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.

21          On May 2, 2012, this Court issued an order staying all proceedings in this matter until

22   counsel was appointed to represent Petitioner.  On May 23, 2012, this Court denied Petitioner's

23   request to represent himself in these proceedings.  The Federal Public Defender for the District

24   of Nevada was appointed to represent Petitioner on July 25, 2012.  The stay of proceedings was

25   lifted at that time.

26   //

27   //

28   //

Despite the appointment of counsel, Petitioner has continued to file numerous pro se pleadings, including Clean Hands Doctrine IL-LXIIX, Application for Crime Victim, and Challenge for Cause II-IX.  As this Court has previously held, any motions on Petitioner's behalf should be brought by counsel.  Accordingly, the pro se motions are DENIED.  The Clerk of the Court shall terminate the motions, ECF Dkt. Nos. 242-273.

**IT IS SO ORDERED.**

Dated: April 10, 2015.

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

2