IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>    Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>    Respondent. | No. 08-CV-471 YGR<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER REQUESTING FURTHER BRIEFING ON MOTION TO TAKE DEPOSITIONS AND MOTIONS FOR DISCOVERY, ECF DKT. NOS. 175-177** |

Petitioner Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda. On January 22, 2008, while his state habeas case was still being litigated, Bonilla filed a request for appointment of counsel for his future federal habeas litigation in this Court. Pursuant to Habeas Local Rule 2254-25, this Court granted his request for appointment of counsel and referred this action to the Northern District's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.

On May 2, 2012, this Court issued an order staying all proceedings in this matter until counsel was appointed to represent Petitioner. On May 23, 2012, this Court denied Petitioner's request to represent himself in these proceedings. The Federal Public Defender for the District of Nevada was appointed to represent Petitioner on July 25, 2012. The stay of proceedings was lifted at that time.

Petitioner filed a petition for writ of habeas corpus. (ECF Dkt. No. 139) Subsequent to the filing of a joint case management conference statement (ECF Dkt. No. 151) and the Court filed an order permitting petitioner to file motions for discovery (ECF Dkt. No. 153). Petitioner

filed a motion to take depositions (ECF Dkt. No. 175), a petition for order directing release of various documents (ECF Dkt. No. 176), and a motion for discovery (ECF Dkt. No. 177). The respondent opposed petitioner's motions (ECF Dkt. Nos. 183, 184) and petitioner replied (ECF Dkt. Nos. 199, 200).

In his motions, petitioner noted that the habeas petition filed on February 21, 2013 is not the final petition and that he intends to file another one "containing all known grounds for relief in this capital case." (Motion to Take Depositions 2; Discovery Motion 1). Petitioner discussed using the discovery process to "augment" his claims. (Discovery Motion 2)

In an effort to assist the Court in reaching a resolution on these motions, the parties are requested to brief the impact of *Cullen v. Pinholster*, – U.S. –, 131 S. Ct. 1388 (2010), on petitioner's discovery motions and petition. Briefs shall be limited to ten pages. Petitioner's brief shall be due no later than May 25, 2015; the answer shall be due no later than June 24, 2015; and the reply shall be due within 15 days of service of the answer.

Petitioner also is requested to file a supplement to the case management conference statement indicating when petitioner contemplates filing a finalized petition and whether that petition will be accompanied by an equitable tolling motion and/or a motion to amend the petition. Additionally, petitioner is requested to identify which claims the parties agree are exhausted and identify claims whose exhaustion status is disputed. This statement shall be submitted within 60 days of the filing date of this order. A case management conference will be scheduled if necessary.

**IT IS SO ORDERED.**

Dated: April 10, 2015.

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE