<div style="float:left">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. BONILLA, | No. 08-CV-471 YGR |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER REFERRING PETITIONER'S PRO SE "CHALLENGE FOR CAUSE - INCOMPETENCY"** |
| RON DAVIS, Warden, San Quentin State Prison | |
| Respondent. | ECF Docket No. 291 |

Petitioner Steven Bonilla has filed a motion challenging the undersigned for cause, arguing that she is incompetent based on her interpretation and handling of petitioner's *pro se* motions filed pursuant to the Crime Victim's Rights Act, 18 U.S.C. § 3771. (Dkt. No. 291) This is petitioner's second attempt to have the undersigned disqualified on the basis of such rulings. (Dkt. Nos. 266-273)

In an abundance of caution and in accordance with 28 U.S.C. § 144, the motion shall be heard by another judge. The CLERK shall randomly reassign the motion for recusal to be heard by another judge.

Any decision on petitioner's currently pending *pro se* motions is stayed pending the resolution of this motion. All other briefing shall continue as previously ordered.

**IT IS SO ORDERED.**

Dated: May 19, 2015.

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE