**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVEN W. BONILLA,**<br><br>          **Petitioner,**<br><br>          vs.<br><br>**RON DAVIS, Warden, San Quentin State Prison**<br><br>          **Respondent.** | **Case No.:  08-CV-0471 YGR**<br><br>**ORDER DENYING PRO SE MOTION** |

In this Court's July 7, 2015 order, Petitioner was directed to cease filing any substantive pro se motions and was directed, instead, to have counsel file such motions for him.  The only exception would be for a motion alleging ineffective assistance of counsel.

Petitioner filed a motion labeled "Ineffective Assistance of Counsel" on August 5, 2015.  The motion comprises fifty-eight pages of argument and exhibits, all of which Petitioner has submitted to this Court in prior pro se motions.  His ineffective assistance of counsel argument comprises two sentences wherein he argues that counsel failed to make discovery requests in the format more likely to be successful.  A difference of opinion as to tactics does not constitute denial of effective assistance.  *See United States v. Mayo*, 646 F.2d 369, 375 (9th Cir. 1981).

Petitioner's pro se motion is DENIED.  Additionally, Petitioner is again directed to have any substantive motions filed through his court-appointed counsel.  No pro se motions will be accepted from Petitioner unless they allege a legitimate conflict of interest.

**IT IS SO ORDERED.**

Dated: August 14 , 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**