1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11

| | |
|---|---|
| **STEVEN WAYNE BONILLA,** | Case No. C 08-0471 YGR |
| Petitioner, | **DEATH PENALTY CASE** |
| **v.** | **[PROPOSED] JOINT CASE MANAGEMENT ORDER** |
| **RON DAVIS, Warden of California State Prison at San Quentin,** | |
| Respondent. | |

Having read and considered the parties' Joint Case Management Statement, the Court hereby **ORDERS** as follows:

**1. Schedule**

As set forth in the Joint Case Management Statement, petitioner shall file a finalized petition within ninety (90) days from the date of filing of this Case Management Order. Petitioner shall file his motion for stay, *see Rhines v. Weber*, 544 U.S. 269, 277-78 (2005), no later than forty (40) days after the filing of his habeas petition.

1

1   Respondent shall file opposition, if any, to the stay motion, within thirty (30) days of the

2   filing of the motion.

3   Petitioner shall file a reply, if any, to respondent's stay opposition, within fifteen (15) days

4   of the filing of the opposition.

5   Unless taken under submission, the Court will hear oral argument on petitioner's stay-and-

6   abeyance motion at a time to be scheduled.

7   IT IS SO ORDERED.

8

9   DATED:  September 11        , 2015.

10

11   YVONNE GONZALEZ ROGERS
     United States District Judge

12   9/10/15
     SF2008400456
13   41363801.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2