United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN W. BONILLA,** | **Case No.:  08-CV-0471 YGR** |
| **Petitioner,** | **ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE FINAL PETITION FOR WRIT OF HABEAS CORPUS** |
| vs. | |
| **RON DAVIS, Warden, San Quentin State Prison** | |
| **Respondent.** | |

Petitioner seeks an additional sixty (60) days in which to file a final Petition for Writ of Habeas Corpus.  Good cause being shown, the motion is **GRANTED** and the deadline for petitioner to file his finalized petition is extended until April 8, 2016.  To the extent the final Petition includes any new claims for relief, Petitioner shall also file a motion to amend. *See Mayle v. Felix*, 545 U.S. 644 (2005).

**IT IS SO ORDERED**.

Dated: February  9, 2016

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**