IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>             Petitioner,<br><br>      vs.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>             Respondents. | Case No. 4:08-CV-00471-YGR<br><br>[~~PROPOSED~~] ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE MOTION FOR STAY AND ABEYANCE<br><br>(Death Penalty Habeas Corpus Case) |

Upon motion of Petitioner, Steven Wayne Bonilla, and for good cause shown, the deadline for petitioner to file his motion for stay and abeyance is extended until August 4, 2016.

IT IS SO ORDERED.

DATED: \_\_\_\_June 23_____, 2016.

_____
YVONNE GONZALEZ ROGERS
United States District Judge