IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN W. BONILLA,<br><br>      Petitioner,<br><br>vs.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>      Respondents. | Case No. 4:08-CV-00471-YGR<br><br>**[~~PROPOSED~~] ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S OPPOSITION TO PETITIONER'S MOTIONS FOR STAY AND ABEYANCE, DISCOVERY FROM FEDERAL AND OUT OF STATE ENTITIES, AND AN ORDER FOR RELEASE OF FEDERAL GRAND JURY MATERIALS**<br><br>(Death Penalty Habeas Corpus Case) |

Upon motion of Petitioner, Steven Wayne Bonilla, and for good cause shown, the deadline for petitioner to file his Replies to Respondent's Opposition to Petitioner's Motions for Stay and Abeyance, Discovery From Federal and Out of State Entities, and an Order for release of federal grand jury material is extended until November 11, 2016.

IT IS SO ORDERED.

DATED: __October 18_____, 2016.

_____
YVONNE GONZALEZ ROGERS
United States District Judge

[~~Proposed~~] Order for Extension of Time to File Reply to Respondent's Opposition to Motion for Stay and Abey, Discovery and an Order for release of grand jury material, No. 4:08-cv-00471-YGR