# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN W. BONILLA,**<br><br>    **Petitioner,**<br><br>vs.<br><br>**RON DAVIS, Warden, San Quentin State Prison**<br><br>    **Respondent.** | **Case No.: 08-CV-0471 YGR**<br><br>**ORDER DENYING *PRO SE* MOTIONS AND DIRECTING COUNSEL TO PAY FEES OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**RE: DKT. NOS. 384, 385** |

In this Court's July 7, 2015 Order, Petitioner was directed to cease filing any substantive *pro se* motions and was directed, instead, to have counsel file such motions for him. The only exception would be for a motion alleging ineffective assistance of counsel. Petitioner now has filed a *pro se* motion to proceed *in forma pauperis*. On that document, he lists both the case number for this capital habeas proceeding number and an appeal number. Additionally, he filed a request to waive court fees on which lists only the number for this proceeding.

Ordinarily the Court would return such documents to Petitioner without filing them. However, a review of the docket indicates that all prior motions to proceed *in forma pauperis* in this capital habeas proceeding were denied without prejudice to renewal upon the appointment of counsel. To date, no such motion has been filed, nor have the fees been paid.

//

//

//

//

Accordingly, to the extent Petitioner seeks to proceed *in forma pauperis* on appeal, that motion is DENIED as moot because Petitioner already has sought permission to do so and been denied. To the extent Petitioner seeks to proceed *in forma pauperis* in the instant proceeding, his motions are DENIED WITHOUT PREJUDICE to refiling by appointed counsel. Within twenty-one (21) days of the issuance of this Order, counsel shall file a motion to proceed *in forma pauperis* or pay the filing fees.

**IT IS SO ORDERED**.

Dated: November 1, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**